No. 107. PENNSYLVANIA RAILROAD Co. *v.* WOOTEN. C. A. 7th Cir. Certiorari denied. *William A. Wick* for petitioner. *Richard L. Gilliom* for respondent. ▋

No. 108. BOARD OF EDUCATION OF LOS ANGELES ET AL. *v.* AMERICAN CIVIL LIBERTIES UNION OF SOUTHERN CALIFORNIA ET AL. Supreme Court of California. Certiorari denied. *Harold W. Kennedy* and *Henry A. Dietz* for petitioners. *A. L. Wirin* and *Fred Okrand* for respondents. ▋

No. 111. HOLT ET AL. *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. *Wesley R. Asinof* for petitioners. *Solicitor General Cox, Assistant Attorney General Miller* and *Beatrice Rosenberg* for the United States. ▋

No. 112. CENAC *v.* STATE BOARD OF LAW EXAMINERS OF ARKANSAS. Supreme Court of Arkansas. Certiorari denied. *Tilghman E. Dixon* for petitioner. *John H. Haley* for respondent.

No. 115. PASSERO *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. *Jerome Lewis* for petitioner. *Solicitor General Cox, Assistant Attorney General Miller* and *Beatrice Rosenberg* for the United States. ▋

No. 121. BAUER-SMITH DREDGING Co., INC., *v.* UNITED STATES. Court of Claims. Certiorari denied. *T. G. Schirmeyer* for petitioner. *Solicitor General Cox, Assistant Attorney General Orrick, John G. Laughlin, Jr.* and *Kathryn H. Baldwin* for the United States. ▋